# RECIPIENT RIGHTS COMPLAINT
## Michigan Department of Health and Human Services

Complaint Number

*11-2021*

**INSTRUCTIONS:**

If you believe that one of your rights has been violated, you (or someone on your behalf) may use this form to make a complaint. A rights officer/advisor will review the complaint and may conduct an investigation. Send this form to the rights office at the Community Mental Health (CMH) or hospital where you are receiving (or received) services at: Enter your agency address here.

*8:21 cv 1848 TPB-SPF*

Keep a copy for yourself. If you send your complaint to Michigan Department of Health and Human Services, Office of Recipient Rights (MDHHS-ORR), it will be forwarded to the appropriate rights office. The MDHHS-ORR address is: Michigan Department of Health and Human Services, Office of Recipient Rights, Lewis Cass Building, 320 South Walnut Street, Lansing, MI 48933.

| Complainant's Name | Recipient's Name (if different from complainant) |
|---|---|
| *KAYLA ROSE KIRKLIN OSTAPENKO* | *462 858643 - KL24461 TN4953* |

| Complainant's Address | Where did it occur (name or address of hospital/agency)? |
|---|---|
| *931 Cam Rd BLDG3 APT3 Everman Texas* | *Kalamazoo Psychiatric Hospital* |

| Complainant's Telephone Number | When did the alleged violation occur (indicate date and time)? |
|---|---|
| *813 734-7190* | *April 2021 - Current date* |

What right was violated?

*Civil - Due Process*
*- legal representation*  } *HIPAA grossly violated* } *medical and mental*
*health history*
*well documented & ignored*

Describe what happened:

*Respectfully requesting personal protection order and/or restraining order to include the H.A.M.* *No evaluations have been conducted by the following individuals.*

*Dr. Mercado      Kelli Jones*
*Kathy M.*
*Amy B.          Kalamazoo*
*Dr. Aziz         Psychiatric Hospital in it's*
*Kimberly         entirety*
*Melissa*
*Daniel*

*Corissa Clarkson*
*Forensic Psychiatry in it's entirety*

What would you like to see happen in order to correct the violation?

*I would like immediate action-fear of retaliation-seeking domestic violence shelter and to speak with F.B.I immediately due to severity of my case*

| Complainant's Signature | Date | Name of person assisting complainant |
|---|---|---|
| *Kayla Kirkland Ostapenko* | *July 27 2021* | *NA* |

The Michigan Department of Health and Human Services (MDHHS) does not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, genetic information, sex, sexual orientation, gender identity or expression, political beliefs or disability.

**Authority:** PA 258 of 1974 as amended

Original to ORR
Copy to complainant (with acknowledgement letter)

# RECIPIENT RIGHTS COMPLAINT
Michigan Department of Health and Human Services

Complaint Number

17-2021

**INSTRUCTIONS:**

If you believe that one of your rights has been violated, you (or someone on your behalf) may use this form to make a complaint. A rights officer/advisor will review the complaint and may conduct an investigation. Send this form to the rights office at the Community Mental Health (CMH) or hospital where you are receiving (or received) services at: Enter your agency address here.

Keep a copy for yourself. If you send your complaint to Michigan Department of Health and Human Services, Office of Recipient Rights (MDHHS-ORR), it will be forwarded to the appropriate rights office. The MDHHS-ORR address is: Michigan Department of Health and Human Services, Office of Recipient Rights, Lewis Cass Building, 320 South Walnut Street, Lansing, MI 48933.

| Complainant's Name | Recipient's Name (if different from complainant) |
|---|---|
| KAYLA ROSE KIRKLIN OSTAPENKO | 462 85-8643-R62446174-4953 |
| **Complainant's Address** | **Where did it occur (name or address of hospital/agency)?** |
| 937 Quny Rd BLDG 3 APT 3 Everman Texas | |
| **Complainant's Telephone Number** | **When did the alleged violation occur (indicate date and time)?** |
| (813) 731 7190 | |

What right was violated?

Describe what happened:

Respectfully requesting personal protection
order and or restraining order on
Joseph Andrew Carlson
Laura Carlson
To include the H. A. M.

What would you like to see happen in order to correct the violation?

| Complainant's Signature | Date | Name of person assisting complainant |
|---|---|---|
| Kayla Rose Kirklin Ostapenko | July 27 2021 | NA |

The Michigan Department of Health and Human Services (MDHHS) does not discriminate against any individual or group because of race, religion, age, national origin, color, height, weight, marital status, genetic information, sex, sexual orientation, gender identity or expression, political beliefs or disability. | **Authority:** PA 258 of 1974 as amended

Original to ORR
Copy to complainant (with acknowledgement letter)